1024

[No. 785-3. ' Division Three. November 2, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTEMIO
REYNOSA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 16882, Bruce P. Hanson, J. Pro Tem., entered December 14, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 1998-1. Division One. November 5, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. O. C. LARKIN,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 60221, David W. Soukup, J., entered October 12, 1972. *Remanded* by unpublished per curiam opinion.

[No. 977-2. Division Two. November 8, 1973.]

*In the Matter of the Welfare of* JARRETT HAGEN, *a Minor.*
DAVID HAGEN *et al., Petitioners,* v. THE JUVENILE COURT
FOR PIERCE COUNTY, *Respondent.*

Certiorari to review a judgment of the Superior Court for Pierce County, No. 23414, Gene Godderis, Ct. Commr., entered January 3, 1973. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 2051-1. Division One. November 12, 1973.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES E. DREW,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 61805, Edward E. Henry, J., entered November 16, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz and Farris, JJ.